

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00008-CV

**IN RE** Maria Cecilia **MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Irene Rios, Justice

Delivered and Filed:  January 31, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On January 8, 2018, relator filed a petition for writ of mandamus, and the real parties in interest later filed a response. After considering the petition and response, this court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. PR-06-004, styled *In the Estate of Ignacia G. Gutierrez*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.